1  Matthew L. Seror (SBN: 235043)
      mseror@buchalter.com
2  Michael J Muse-Fisher (SBN: 253232)
      mmfisher@buchalter.com
3  BUCHALTER NEMER
   A Professional Corporation
4  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA  90017-2457
5  Telephone: (213) 891-0700
   Fax: (213) 896-0400
6
7  Attorneys for Defendants YOMEGA CORP-
   ORATION and TOYS "R" US, INC., and for
8  Counter-Claimant YOMEGA CORPORATION

9  UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>YOMEGA CORPORATION, TOYS"R"US, INC.,<br>and DOES 1 through 20,<br><br>Defendants. | Case No.  2:12-cv-02541-MCE-AC<br><br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| YOMEGA CORPORATION,<br><br>Counterclaimant,<br>vs.<br><br>HELLS ANGELS MOTORCYCLE CORPORATION,<br>and ROES 1 through 10,<br><br>Counter-Defendants. | |

WHEREAS, a confidential settlement has been reached in this case to fully and finally resolve all claims between the parties with respect to the subject matter of this action,

IT IS HEREBY STIPULATED by and between the Parties that:

1. This action, including all claims and counterclaims, is to be dismissed with prejudice;
2. Each party is to bear its own costs and fees as incurred herein.

DATED: June 27, 2013

By: _____
FRITZ CLAPP
Attorney for Plaintiff
HELLS ANGELS MOTORCYCLE CORPORATION

DATED: June 27, 2013

BUCHALTER NEMER
A Professional Corporation

By: _____
MATTHEW L. SEROR
MICHAEL J MUSE-FISHER
Attorneys for Defendants
YOMEGA CORPORATION and
TOYS "R" US, INC.