Matthew L. Seror (SBN: 235043)
 *mseror@buchalter.com*
Michael J Muse-Fisher (SBN: 253232)
 *mmfisher@buchalter.com*
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400

Attorneys for Defendants YOMEGA CORP-
ORATION and TOYS "R" US, INC., and for
Counter-Claimant YOMEGA CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**, <br><br> Plaintiff, <br><br> v. <br><br> **YOMEGA CORPORATION, TOYS"R"US, INC.,** **and DOES 1 through 20,** <br><br> Defendants. | Case No. 2:12-cv-02541-MCE-AC <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| **YOMEGA CORPORATION**, <br><br> Counterclaimant, <br> vs. <br><br> **HELLS ANGELS MOTORCYCLE CORPORATION,** **and ROES 1 through 10**, <br><br> Counter-Defendants. | |

Having reviewed the parties' Stipulation to Dismiss Action with Prejudice (ECF No. 18) and finding good cause thereon, it is hereby ordered that this action is DISMISSED in its entirety WITH PREJUDICE, with each party to bear its own costs and attorneys' fees incurred in connection therewith. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  July 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT